IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THEODORE SCOTT, JR. | * | |
| Plaintiff, | | |
| v. | * | CIVIL ACTION NO. CCB-05-2518 |
| J. F. MOTZ | * | |
| Defendant. | | |
| | ****** | |

## MEMORANDUM

Plaintiff, a prisoner detained at the Baltimore City Detention Center,[1] filed the above-captioned civil rights complaint on September 2, 2005, together with a motion to proceed in forma pauperis. Because he appears to be indigent, plaintiff's motion to proceed in forma pauperis shall be granted. For reasons to follow, however, the complaint is hereby dismissed.

The handwritten complaint is largely illegible: those portions that are legible are incomprehensible as to meaning or context. In addition, plaintiff has filed this action against a judge.[2] Even if the allegations could be cleared up through amendment, the claims are barred by the doctrine of judicial immunity and must be dismissed. *See Forrester v. White*, 484 U.S. 219, 226-27 (1988). Accordingly, the complaint is hereby dismissed without prejudice. A separate order follows.

  September 21, 2005                               /s/
                                           Catherine C. Blake
                                           United States District Judge

---

[1] Although a residential address is presented on the complaint form, the posted envelope reveals that plaintiff remains confined. The Clerk shall modify the docket accordingly.

[2] On three previous occasions plaintiff attempted to file a complaint against Judge Motz. *See Scott v. Motz*, Civil Action CCB-05-1896 (D. Md. 2005); *Scott v. Motz*, Civil Action CCB-05-2369 (D. Md. 2005); and *Scott v. Motz*, Civil Action No. CCB-05-2370 (D. Md. 2005). All three complaints were summarily dismissed.